| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| NORMAN J. ROGER, ESQ. (625⬚<br>ROGER SCOTT & HELMER LLP<br>1001 Marshall, Suite 400<br>Redwood City, California 94063 | (650) 365-7⬚ | |
| Attorneys for: CONTRACTORS BONDING AND INSURANCE | Ref. No. Or File No.<br>W2495194 | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff:<br>CONTRACTORS BONDING AND INSURANCE COMPANY | | |
| Defendant:<br>YUE H. LEI, etc., et al. | | |

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>CV 08-1973 JL |
|---|---|---|---|---|

I, William E. Galdamez, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; PROOF OF SERVICE; CIVIL CASE COVER SHEET; COMPLAINT; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT; DROP BOX FILING PROCEDURES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO UNITED STATES DISTRICT JUDGE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant         : YUE H. LEI, dba K & D CONSTRUCTION

By Serving        : YUE H. LEI, dba K & D CONSTRUCTION

Address           : 1464 Leavenworth Street, San Francisco, California 94109
Date & Time       : Thursday, April 17, 2008 @ 8:21 p.m.
Witness fees were : Demanded but not paid.

Person serving:
William E. Galdamez
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 716
   (3) County: Contra Costa
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 18, 2008                               Signature: /s/ William E. Galdamez
                                                              William E. Galdamez


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| NORMAN J. ROGER, ESQ. (62554)<br>ROGER SCOTT & HELMER LLP<br>1001 Marshall, Suite 400<br>Redwood City, California 94063 | (650) 365-7700 | |
| Attorneys for: CONTRACTORS BONDING AND INSURANCE | Ref. No. Or File No.<br>W2495192 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
CONTRACTORS BONDING AND INSURANCE COMPANY

Defendant:
YUE H. LEI, etc., et al.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>CV 08-1973 JL |
|---|---|---|---|---|

I, William E. Galdamez, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; PROOF OF SERVICE; CIVIL CASE COVER SHEET; COMPLAINT; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT; DROP BOX FILING PROCEDURES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO UNITED STATES DISTRICT JUDGE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant        : RICHARD JACQUOT

By Serving       : RICHARD JACQUOT

Address          : 3114 Clay Street, Apartment 5, San Francisco, California 94115
Date & Time      : Wednesday, April 23, 2008 @ 6:55 p.m.
Witness fees were : Not applicable.

Person serving:
William E. Galdamez
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 716
   (3) County: Contra Costa
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 25, 2008                         Signature: *William E. Galdamez*
                                                        William E. Galdamez



| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| NORMAN J. ROGER, ESQ. (62554)<br>ROGER SCOTT & HELMER LLP<br>1001 Marshall, Suite 400<br>Redwood City, California 94063 | (650) 365-7700 | |
| Attorneys for: CONTRACTORS BONDING AND INSURANCE | Ref. No. Or File No.<br>W2495193 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
CONTRACTORS BONDING AND INSURANCE COMPANY

Defendant:
YUE H. LEI, etc., et al.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>CV 08-1973 JL |
|---|---|---|---|---|

I, William E. Galdamez, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; PROOF OF SERVICE; CIVIL CASE COVER SHEET; COMPLAINT; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT; DROP BOX FILING PROCEDURES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO UNITED STATES DISTRICT JUDGE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant                : SUSAN MARSH

By Serving               : SUSAN MARSH

Address                  : 3114 Clay Street, Apartment 5, San Francisco, California 94115
Date & Time              : Wednesday, April 23, 2008 @ 6:56 p.m.
Witness fees were        : Demanded but not paid.

Person serving:                                  a. Fee for service:
William E. Galdamez                              d. Registered California Process Server
**Wheels of Justice, Inc.**                          (1) Employee or independent contractor
657 Mission Street, Suite 502                        (2) Registration No.: 716
San Francisco, California 94105                      (3) County: Contra Costa
Phone: (415) 546-6000                                (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 25, 2008                    Signature: *William E. Galdamez*
                                                    William E. Galdamez

