UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CONTRACTORS BONDING AND
INSURANCE COMPANY,

        Plaintiff(s),

  v.

YUE H. LEI, dba K&D CONSTRUCTION;
SUSAN MARSH; and RICHARD JACQUOT

        Defendant(s).
_____/

No. C 08-01973 JL

**CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 7/1/08

_____
Signature

Counsel for  Plaintiff
(Plaintiff, Defendant or indicate "pro se")

**United States District Court (Northern) CASE NO: C 08-01973 JL**
*Contractors Bonding and Insurance Co. v. Yue H. Lei, dba K&D Constrc., et al.*

## PROOF OF SERVICE

I declare that I am, and was at the time of the service hereinafter mentioned, a citizen of the United States of America, employed in the County of San Mateo, California. I am over the age of eighteen years and not a party to the within cause; my business address is 1001 Marshall Street, Suite 400, Redwood City, California 94063. On **July 1, 2008**, I caused to be served the following:

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

on the parties involved addressed as follows:

**SEE ATTACHED SERVICE LIST**

**  X  **  **BY ELECTRONIC CASE FILE (CM/ECF) SYSTEM with the United States District Court, Eastern District of California Case Management/Electronic Case Filing System.**

_____  BY PERSONAL DELIVERY: I caused each such envelope to be delivered by hand to the offices of each addressee above. (CCP Section 1010)

_____  BY CERTIFIED MAIL-RETURN RECEIPT REQUESTED: I caused each such envelope above, with postage thereon fully prepaid, to be placed in the United States mail at Redwood City, California. (CCP Section 1013(a)(1))

**  X  **  **BY MAIL:** I caused each such envelope above, with postage thereon fully prepaid, to be placed in the United States mail at Redwood City, California. (CCP Section 1013(a)(1))

_____  VIA FACSIMILE TRANSMISSION (CCP Section 1013)

_____  VIA OVERNIGHT MAIL -FEDEX (CCP Section 1013(c)

I am readily familiar with the business practice for collection and processing of mail in this office. That in the ordinary course of business said document would be deposited with the U. S. Postal Service in Redwood City on that same day. I understand that service shall be presumed invalid upon motion of a party served if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained on the affidavit.

I declare, under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **July 1, 2008**, at Redwood City, California.

*/s/ Luz Marie Ramirez*
Luz Marie Ramirez

*Contractors Bonding and Insurance Company v. Yue H. Lei, dba K&D Constrc., et al.*
United States District Court (Northern) Case No. C 08-1973 JL

## SERVICE LIST

| Gary R. Selvin, Esq.<br>Selvin, Wraith Halman LLP<br>505 Fourteenth Street, Suite 1200<br>Oakland, CA 94612<br>Tel: (510) 874-1811<br>Fax: (510) 465-8976 | Harold J. Truett, III, Esq.<br>Winchell & Truett<br>207 Powell Street, 6th Floor<br>San Francisco, CA 94102<br>Tel: (415) 989-9001<br>Fax: (415) 693-9599 |

Rev: 7/08

#133220

1