1  Gary R. Selvin, State Bar No. 112030
   SELVIN WRAITH HALMAN LLP
2  505 14th Street, Suite 1200
   Oakland, CA 94612
3  Telephone:    (510) 874-1811
   Facsimile:    (510) 465-8976
4  E-mail:  gselvin@selvinwraith.com

5  Attorneys for Defendant
   Yue H. Lei, dba K&D Construction
6

7

8              IN THE UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

10

| 11 | CONTRACTORS BONDING AND INSURANCE COMPANY, | CASE NO.: 3:08-CV-01973-JL |
|---|---|---|
| 12 |  | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| 13 | Plaintiff, |  |
| 14 | v. | Assigned to Honorable James Larson |
| 15 | YUE H. LEI, dba K&D CONSTRUCTION; SUSAN MARSH; and RICHARD JACQUOT, | Complaint Filed: April 15, 2008 |
| 16 | Defendant. |  |

17

18    CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

19    In accordance with the provision of Title 28, U.S.C. §636(c), the undersigned party hereby

20 consents to have a United States Magistrate Judge conduct any and all further proceedings in the case,

21 including trial, and order the entry of final judgment, and voluntarily waives the right to proceed

22 before a United States District Judge. Appeal from the judgment shall be taken directly to the United

23 States Court of Appeals for the Ninth Circuit.

24 Dated: July 7, 2008                    SELVIN WRAITH HALMAN LLP

25

26                                        By: /s/
                                              Gary R. Selvin
27                                            Attorneys for Defendant
                                              Yue H. Lei, dba K&D Construction
28
   53746.doc

                                         1
   **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE    CASE NO.: 3:08-CV-01973-JL**

| Re: | **Contractors Bonding and Insurance Company v. Yue H. Lei, dba K&D Construction; Susan Marsh; and Richard Jacquot** |
|---|---|
| Court: | **United States District Court- Northern District** |
| Action No. | 3:08-cv-01973-JL |

# PROOF OF SERVICE

I declare that I am over the age of 18, am not a party to the above-entitled action, and am an employee of Selvin Wraith Halman LLP whose business address is 505 14th Street, Suite 1200, Oakland, Alameda County, California 94612.

On July 7, 2008, I served the following document(s):

**Consent to Proceed Before a United States Magistrate Judge**

**By ELECTRONIC FILE TRANSFER TO ECF FILE & SERVE:** By transmitting a true copy the document(s) listed above for service on all parties in this case pursuant to applicable statutes, local rules and/or order of this Court.

Ms. Patricia M. Fama                              Attorneys for Plaintiff:
Roger, Scott & Helmer, LLP                        Contractors Bonding and Insurance
1001 Marshall Street, Suite 400                   Company
Redwood City, CA 94063
Telephone No.:   (650) 365-7700
Fax No.:         (650) 369-0677
Email: phelmer@rshllp.com

Mr. Harold Joseph Truett, III                     Attorneys for Defendant:
Attorney At Law                                   Susan Marsh and Richard Jacquot
207 Powell Street, Suite 600
San Francisco, CA  94102
Telephone No.:   (415) 989-9001
Fax No.:         (415) 693-9599
Email: tim@truettlaw.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  July 7, 2008

/s/
Kathryn Shahin