IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTRACTORS BONDING AND INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>YUE H. LEI, dba K&D CONSTRUCTION, et al.<br><br>    Defendant. | Case No. C 08-01973 JL<br><br>SECOND STIPULATION AND ORDER FOR EXTENSION OF DEADLINES FOR ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND DEADLINES |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES TO THIS ACTION, through their Attorneys of Record herein:

Contractors Bonding and Insurance Company ("CBIC"), Yue H. Lei dba K&D Construction ("K&D"), Susan Marsh ("Marsh") and Richard Jacquot ("Jacquot") have agreed to continue the deadlines set forth in the Stipulation and Order for Extension of Deadlines for Order Setting Initial Case Management Conference and Deadlines (Docket 8) to allow the parties to this action to participate in an early mediation of the underlying

1

SECOND STIPULATION AND ORDER FOR EXTENSION OF DEADLINES FOR ORDER SETTING INITIAL
CASE MANAGEMENT CONFERENCE AND DEADLINES –
Case No. C 08-1973 JL

action, *Marsh, et al. v. Kin Wong, et al.*, Action No. CGC 05444356, San Francisco Superior Court, (the "underlying matter") towards resolution of it and the present action. It is anticipated that the mediation in the underlying matter will be scheduled in before December 31, 2008.

The parties have agreed and hereby stipulate to the following:

1. All parties hereby consent to proceed before Magistrate Judge Larson and have each filed a Consent to Proceed Before A United States Magistrate Judge.
2. CBIC grants to Yue H. Lei dba K&D Construction an open extension of time to respond to the Complaint for Declaratory Relief herein. Said open extension shall expire 10 days after the date set for mediation of the underlying matter.
3. CBIC grants to Susan Marsh and Richard Jacquot an open extension of time to respond to the Complaint for Declaratory Relief herein. Said open extension shall expire 10 days after the date set for mediation of the underlying matter.
4. The parties agree to participate in mediation of the underlying matter on or before December 31, 2008 before a mediator selected by the parties. The parties agree that mediation of the underlying matter may facilitate resolution of the present action and/or assist in the narrowing of issues in dispute herein.

Accordingly, the parties stipulate and request that the dates which are set forth in the July 8, 2008 Oder Continuing Case Management Conference re [6] Stipulation filed by Contractors Bonding and Insurance Company and signed by Judge James Larson on 7/8/09, and as outlined herein, be continued to the convenience of the Court and to allow the parties to mediate this matter, as follows:

///
///
///
///
///
///

2
SECOND STIPULATION AND ORDER FOR EXTENSION OF DEADLINES FOR ORDER SETTING INITIAL
CASE MANAGEMENT CONFERENCE AND DEADLINES –
Case No. C 08-1973 JL

| Scheduled Event | Scheduled Date | Proposed Continued Date |
|---|---|---|
| Last day to<br>• meet and confer re initial disclosures, early settlement, ADR process selection and discovery plan<br>• file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conf. | 9/24/08 | Three Weeks Prior to Continued CMC Date |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 269F) Report and file CMC Statement per Standing Order re Contents of Joint Case Management Statement | 10/8/08 | One Week Prior to Continued CMC Date |
| Initial Case Management Conference (CMC) | 10/15/08 | ~~MXXFebXXXXX2XX9X~~ February 18, 2009 @ 10:30 a.m. |

IT IS SO STIPULATED.

Dated: September 30, 2008

ROGER, SCOTT & HELMER LLP

By: /s/ Patricia M Fama
Norman J. Roger
Patricia M. Fama
Attorney for Plaintiff
CONTRACTORS BONDING AND INSURANCE COMPANY

///
///
///
///

3
SECOND STIPULATION AND ORDER FOR EXTENSION OF DEADLINES FOR ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND DEADLINES –
Case No. C 08-1973 JL

IT IS SO STIPULATED.

Dated: September 27, 2008

SELVIN, WRAITH & HALMAN LLP

By: /s/ 
   Gary Selvin, Esq.
   Attorneys for Defendant
   YUE M. LEI DBA K&D CONSTRUCTION

IT IS SO STIPULATED.

Dated: September ___, 2008

WINCHELL & TRUETT

By: _____
   Harold J. Truett, III, Esq.
   Attorneys for Defendant
   SUSAN MARSH and RICHARD JACQUOT

IT IS SO ORDERED.

Dated: September ___, 2008

_____
Magistrate Judge of the United States District Court

#135264

---

4
SECOND STIPULATION AND ORDER FOR EXTENSION OF DEADLINES FOR ORDER SETTING INITIAL
CASE MANAGEMENT CONFERENCE AND DEADLINES –
Case No. C 08-1973 JL

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |
| 2 | Dated: September ___, 2008 |

SELVIN, WRAITH & HALMAN LLP

By: _____
Gary Selvin, Esq.
Attorneys for Defendant
YUE M. LEI DBA K&D CONSTRUCTION

IT IS SO STIPULATED.

Dated: September 29, 2008

WINCHELL & TRUETT

By: _____
Harold J. Truett, III, Esq.
Attorneys for Defendant
SUSAN MARSH and RICHARD JACQUOT

IT IS SO ORDERED.

Dated: ~~September~~ October 1, 2008

_____
Magistrate Judge of the United States District Court

#135264

---

4

SECOND STIPULATION AND ORDER FOR EXTENSION OF DEADLINES FOR ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND DEADLINES –
Case No. C 08-1973 JL