# R✦S✦H

| | | |
|---|---|---|
| Norman J. Roger | **ROGER, SCOTT & HELMER LLP** | Melissa K. Kaufman |
| Edmund M. Scott | Attorneys at Law | Michael P. Purcell |
| Pamela J. Helmer | 1001 Marshall Street, Suite 400 | Jennifer L. Royer |
| Patricia M. Fama | Redwood City, California 94063 | Charles P. Stone |
| Terri l. Crawford | Telephone (650) 365-7700 | |
| | Fax (650) 365-0677 | Office Administrator |
| | pfama@rshllp.com | ----✦---- |
| | | Donald G.C. Shu |

January 30, 2009

Honorable Judge James Larson
450 Golden Gate Ave.
Courtroom F, 15th Floor
San Francisco, CA 94102

  Re: **Contractors Bonding and Insurance Co. v. Yue H. Lei, et al.**
     United States District Court (Northern) Case No. C 08-01973 JL
     Our File: CBI01-88027

Dear Judge Larson:

  Enclosed please find the parties' Third Stipulation and Order for Extension of Deadlines for Order Setting Initial Case Management and Deadlines for Order Setting Initial Case Management Conference and Deadlines. The parties previously agreed to continue the initial conference to allow the underlying matter to be mediated. The mediation was previously scheduled for mid-October 2008 but now must be continued. We understand that the medical condition of the plaintiff in the underlying action whas not yet stabilized and that mediation must therefore be pushed out to late February 2009. The parties continued to work co-operatively to allow the underlying mediation to proceed prior to proceeding with this coverage action. Accordingly, we enclose a stipulation and proposed order for the Court's consideration. Should there be any questions, please do not hesitate to contact the undersigned.

            Very truly yours,

            ROGER, SCOTT & HELMER LLP

            By: *Patricia M Fama*
               Patricia M. Fama

PMF/lmr/140614
Enclosure

cc: Gary R. Selvin, Esq.
   Harold J. Truett, III, Esq.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTRACTORS BONDING AND INSURANCE COMPANY,<br><br>　　　Plaintiff,<br><br>v.<br><br>YUE H. LEI, dba K&D CONSTRUCTION, et al.<br><br>　　　Defendant. | Case No. C 08-01973 JL<br><br>THIRD STIPULATION AND ORDER FOR EXTENSION OF DEADLINES FOR ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND DEADLINES |

　　　IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES TO THIS ACTION, through their Attorneys of Record herein:

　　　Contractors Bonding and Insurance Company ("CBIC"), Yue H. Lei dba K&D Construction ("K&D"), Susan Marsh ("Marsh") and Richard Jacquot ("Jacquot") have agreed to continue the deadlines set forth in the Stipulation and Order for Extension of Deadlines for Order Setting Initial Case Management Conference and Deadlines (Docket 8) to allow the parties to this action to participate in an early mediation of the underlying

1

THIRD STIPULATION AND ORDER FOR EXTENSION OF DEADLINES FOR ORDER SETTING INITIAL
CASE MANAGEMENT CONFERENCE AND DEADLINES –
Case No. C 08-1973 JL

action, *Marsh, et al. v. Kin Wong, et al.*, Action No. CGC 05444356, San Francisco Superior Court, (the "underlying matter") towards resolution of it and the present action. The parties previously submitted Stipulations to the Court in relation to the deadlines set in this matter. The Second Stipulation was presented to the Court and accepted by the Court on October 1, 2008. (See Docket 12) When the Second Stipulation was presented it was anticipated that the mediation in the underlying matter will be scheduled on or before December 31, 2008.

Due to the medical condition of the underlying plaintiff the parties herein are advised that mediation of the underlying matter will not be scheduled until February, 2009.

The parties have agreed and hereby stipulate to the following:

1. All parties hereby consent to proceed before Magistrate Judge Larson and have each filed a Consent to Proceed Before A United States Magistrate Judge.
2. CBIC grants to Yue H. Lei dba K&D Construction an open extension of time to respond to the Complaint for Declaratory Relief herein. Said open extension shall expire 10 days after the date set for mediation of the underlying matter.
3. CBIC grants to Susan Marsh and Richard Jacquot an open extension of time to respond to the Complaint for Declaratory Relief herein. Said open extension shall expire 10 days after the date set for mediation of the underlying matter.
4. The parties agree to participate in mediation of the underlying matter on or before March 16, 2009 before a mediator selected by the parties. The parties agree that mediation of the underlying matter may facilitate resolution of the present action and/or assist in the narrowing of issues in dispute herein.

Accordingly, the parties stipulate and request that the dates which are set forth in the October 1, 2008 Second Stipulation and Order for Extension of Deadlines for Order Setting Initial Case Management Conference (Docket 12), and as outlined herein, be continued to the convenience of the Court and to allow the parties to mediate this matter, as follows:

| Scheduled Event | Scheduled Date | Proposed Continued Date |
|---|---|---|
| Last day to<br>• meet and confer re initial disclosures, early settlement, ADR process selection and discovery plan<br>• file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conf. | 1/28/09 | Three Weeks Prior to Continued CMC Date |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 269F) Report and file CMC Statement per Standing Order re Contents of Joint Case Management Statement | 2/11/09 | One Week Prior to Continued CMC Date |
| Initial Case Management Conference (CMC) | 2/18/09 at 10:30 a.m. | ~~Mid-May 2009~~<br>May 13, 2009 |

IT IS SO STIPULATED.

Dated: January 30, 2009

ROGER, SCOTT & HELMER LLP

By: /s/ Patricia M Fama
Norman J. Roger
Patricia M. Fama
Attorney for Plaintiff
CONTRACTORS BONDING AND
INSURANCE COMPANY

///
///
///
///

3

THIRD STIPULATION AND ORDER FOR EXTENSION OF DEADLINES FOR ORDER SETTING INITIAL
CASE MANAGEMENT CONFERENCE AND DEADLINES –
Case No. C 08-1973 JL

IT IS SO STIPULATED.

Dated: January 29, 2009

SELVIN, WRAITH & HALMAN LLP

By: _____
Gary Selvin, Esq.
Attorneys for Defendant
YUE M. LEI DBA K&D CONSTRUCTION

IT IS SO STIPULATED.

Dated: January ___, 2009

WINCHELL & TRUETT

By: _____
Harold J. Truett, III, Esq.
Attorneys for Defendant
SUSAN MARSH and RICHARD JACQUOT

IT IS SO ORDERED.

Dated: January ___, 2009

_____
Magistrate Judge of the United States District Court

#135264

---

4

THIRD STIPULATION AND ORDER FOR EXTENSION OF DEADLINES FOR ORDER SETTING INITIAL
CASE MANAGEMENT CONFERENCE AND DEADLINES -
Case No. C 08-1973 JL

IT IS SO STIPULATED.

Dated: January ____, 2009

SELVIN, WRAITH & HALMAN LLP

By: _____
Gary Selvin, Esq.
Attorneys for Defendant
YUE M. LEI DBA K&D CONSTRUCTION

IT IS SO STIPULATED.

Dated: January 23, 2009

WINCHELL & TRUETT

By: _____
Harold J. Truett, III, Esq.
Attorneys for Defendant
SUSAN MARSH and RICHARD JACQUOT

IT IS SO ORDERED.

Dated: ~~January~~ February 4 ____, 2009

_____
Magistrate Judge of the United States District Court

#135264

---

THIRD STIPULATION AND ORDER FOR EXTENSION OF DEADLINES FOR ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND DEADLINES –
Case No. C 08-1973 JL

4