Norman J. Roger SBN 62554
Patricia M. Fama, SBN 138362
ROGER, SCOTT & HELMER LLP
1001 Marshall Street, Suite 400
Redwood City, CA 94063
Telephone: 650-365-7700
Facsimile: 650-365-0677

#144520
Attorney for Plaintiff,
CONTRACTORS BONDING and INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CONTRACTORS BONDING AND INSURANCE COMPANY,

Plaintiff,

v.

YUE H. LEI, dba K&D CONSTRUCTION; SUSAN MARSH; and RICHARD JACQUOT

Defendants.

Case No. C-08-01973 JL

~~PROPOSED~~ **ORDER CONTINUING CASE MANAGEMENT CONFERENCE/SETTLEMENT DISPOSITION HEARING**

Case3:08-cv-01973-JL Document20 Filed06/29/09 Page2 of 2

IT IS HEREBY ORDER that the Case Management Conference/Settlement Disposition hearing which is currently scheduled for July 1, 2009 at 9:30 a.m. is vacated and continued to August 5, 2009 at 9:30 a.m.

DATED: June 29, 2009

Magistrate Judge of the United States District Court

1

PROPOSED ORDER CONTINUING CASE MANAGEMENT CONFERENCE/SETTLEMENT DISPOSITION HEARING