1  Norman J. Roger   SBN 62554
   Patricia M. Fama, SBN 138362
2  ROGER, SCOTT & HELMER LLP
   1001 Marshall Street, Suite 400
3  Redwood City, CA 94063
   Telephone: 650-365-7700
4  Facsimile: 650-365-0677

5  #144520
   Attorney for Plaintiff,
6  CONTRACTORS BONDING and INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTRACTORS BONDING AND INSURANCE COMPANY, | Case No. C-08-01973 JL |
| Plaintiff, | |
| v. | ~~PROPOSED~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE/SETTLEMENT DISPOSITION HEARING |
| YUE H. LEI, dba K&D CONSTRUCTION; SUSAN MARSH; and RICHARD JACQUOT | |
| Defendants. | |

**PROPOSED ORDER CONTINUING CASE MANAGEMENT CONFERENCE/SETTLEMENT
DISPOSITION HEARING**

IT IS HEREBY ORDER that the Case Management Conference/Settlement Disposition hearing which is currently scheduled for July 1, 2009 at 9:30 a.m. is vacated and continued to August 5, 2009 at ~~9:30 a.m.~~ 10:30 a.m.

DATED: June 29, 2009

_____
Magistrate Judge of the United States District Court

---

1

**PROPOSED ORDER CONTINUING CASE MANAGEMENT CONFERENCE/SETTLEMENT DISPOSITION HEARING**