Patricia M. Fama, SBN 138362
ROGER, SCOTT & HELMER LLP
1001 Marshall Street, Suite 400
Redwood City, CA 94063
Telephone: 650-365-7700
Facsimile: 650-365-0677

147827
Attorney for Plaintiff,
CONTRACTORS BONDING and INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTRACTORS BONDING AND INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>v.<br><br>YUE H. LEI, dba K&D CONSTRUCTION, et al.<br><br>  Defendant.<br>_____ | Case No. C 08-01973 JL<br><br><s>PROPOSED</s> ORDER CONTINUING CASE MANAGEMENT CONFERENCE/SETTLEMENT DISPOSITION HEARING |

1  IT IS HEREBY ORDERED that the Case Management Conference/Settlement
2  Disposition hearing which is currently scheduled for August 5, 2009 is vacated and
3  continued to September 30 , 2009 at 10:30 a.m.

4

5  Dated: July 31 , 2009

6

7

8  _____
   Magistrate Judge of the United States District
9  Court

---

2

PROPOSED ORDER CONTINUING CASE MANAGEMENT CONFERENCE/
SETTLEMENT DISPOSITION HEARING
Case No. C 08-1973 JL