Patricia M. Fama, SBN 138362
ROGER, SCOTT & HELMER LLP
1001 Marshall Street, Suite 400
Redwood City, CA 94063
Telephone: 650-365-7700
Facsimile: 650-365-0677

147827
Attorney for Plaintiff,
CONTRACTORS BONDING and INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTRACTORS BONDING AND INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>YUE H. LEI, dba K&D CONSTRUCTION, et al.<br><br>Defendant. | Case No. C 08-01973 JL<br><br>~~PROPOSED~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE/SETTLEMENT DISPOSITION HEARING |

1

1   IT IS HEREBY ORDERED that the Case Management Conference/Settlement
2   Disposition hearing which is currently scheduled for September 30, 2009 is vacated and
3   continued to October  28 , 2009 at  10:30  a.m.

5   Dated: September  25 , 2009

        _____
        Magistrate Judge of the United States District Court