Norman J. Roger  SBN 62554
Patricia M. Fama, SBN 138362
ROGER, SCOTT & HELMER LLP
1001 Marshall Street, Suite 400
Redwood City, CA 94063
Telephone: 650-365-7700
Facsimile: 650-365-0677

#144520
Attorney for Plaintiff,
CONTRACTORS BONDING and INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTRACTORS BONDING AND INSURANCE COMPANY, | Case No. C-08-01973 JL |
| Plaintiff, | |
| v. | **STIPULATED DISMISSAL; ORDER** |
| YUE H. LEI, dba K&D CONSTRUCTION; SUSAN MARSH; and RICHARD JACQUOT | |
| Defendants. | |

**STIPULATED DISMISSAL; ORDER**

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41 (a)(1), each party to bear its own costs and attorney's fees.

DATED: April __, 2009    ROGER, SCOTT & HELMER
October 16, 2009

By: /s/ Patricia M. Fama
Patricia M. Fama
Attorneys for Plaintiff
CONTRACTORS BONDING AND
INSURANCE COMPANY

DATED: April __, 2009    SELVIN, WRAITH HALMAN LLP

By: _____
Gary R. Selvin, Esq.
Attorneys for Defendant
YUE M. LEI DBA K&D CONSTRUCTION

IT IS SO STIPULATED.
DATED: June 8, 2009     WINCHELL & TRUETT
April __, 2009

By: /s/ Harold J. Truett
Harold J. Truett, III, Esq.
Attorneys for Defendant
SUSAN MARSH and RICHARD JACQUOT

IT IS SO ORDERED:
10-20-09
DATED: April __, 2009

/s/ James Larson
_____
Magistrate Judge of the United States District Court

1
STIPULATED DISMISSAL; ORDER

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41 (a)(1), each party to bear its own costs and attorney's fees.

DATED: April ___, 2009       ROGER, SCOTT & HELMER

By:_____
   Patricia M. Fama
   Attorneys for Plaintiff
   CONTRACTORS BONDING AND
   INSURANCE COMPANY

DATED: April 28, 2009       SELVIN, WRAITH HALMAN LLP

By: /s/ Gary R. Selvin
   Gary R. Selvin, Esq.
   Attorneys for Defendant
   YUE M. LEI DBA K&D CONSTRUCTION

IT IS SO STIPULATED.

DATED: April ___, 2009       WINCHELL & TRUETT

By: _____
   Harold J. Truett, III, Esq.
   Attorneys for Defendant
   SUSAN MARSH and RICHARD JACQUOT

**IT IS SO ORDERED:**

DATED: April ___, 2009

_____
Magistrate Judge of the United States District Court

1
**STIPULATED DISMISSAL; ORDER**

United States District Court (Northern)  CASE NO: C 08-01973 JL
*Contractors Bonding and Insurance Co.  v. Yue H. Lei, dba K&D Constrc., et al.*

## PROOF OF SERVICE

I declare that I am, and was at the time of the service hereinafter mentioned, a citizen of the United States of America, employed in the County of San Mateo, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1001 Marshall Street, Suite 400, Redwood City, California 94063.  On **October 19, 2009**, I caused to be served the following:

### STIPULATED DISMISSAL; ORDER

on the parties involved addressed as follows:

### SEE ATTACHED SERVICE LIST

__X__   **BY ELECTRONIC CASE FILE (CM/ECF) SYSTEM with the United States District Court, Eastern District of California Case Management/Electronic Case Filing System.**

_____   BY PERSONAL DELIVERY:  I caused each such envelope to be delivered by hand to the offices of each addressee above.  (CCP Section 1010)

_____   BY CERTIFIED MAIL-RETURN RECEIPT REQUESTED:  I caused each such envelope above, with postage thereon fully prepaid, to be placed in the United States mail at Redwood City, California.  (CCP Section 1013(a)(1))

_____   BY MAIL:  I caused each such envelope above, with postage thereon fully prepaid, to be placed in the United States mail at Redwood City, California. (CCP Section 1013(a)(1))

_____   VIA FACSIMILE TRANSMISSION (CCP Section 1013)

_____   VIA OVERNIGHT MAIL -FEDEX (CCP Section 1013(c)

I am readily familiar with the business practice for collection and processing of mail in this office.  That in the ordinary course of business said document would be deposited with the U. S. Postal Service in Redwood City on that same day.  I understand that service shall be presumed invalid upon motion of a party served if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained on the affidavit.

I declare, under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on **October 19, 2009**, at Redwood City, California.

*/s/ Luz Marie Ramirez*
Luz Marie Ramirez

*Contractors Bonding and Insurance Company v. Yue H. Lei, dba K&D Constrc., et al.*
United States District Court (Northern) Case No. C 08-1973 JL

## SERVICE LIST

| | |
|---|---|
| Gary R. Selvin, Esq.<br>Selvin, Wraith Halman LLP<br>505 Fourteenth Street, Suite 1200<br>Oakland, CA 94612<br>Tel: (510) 874-1811<br>Fax: (510) 465-8976<br>gselvin@selvinwraith.com<br>kshahin@selvinwraith.com | Harold J. Truett, III, Esq.<br>Winchell & Truett<br>207 Powell Street, 6th Floor<br>San Francisco, CA 94102<br>Tel: (415) 989-9001<br>Fax: (415) 693-9599<br>tim@truettlaw.com |

Rev: 7/08

#133220